# ELECTRONIC RECORD

COA #   01-14-00116-CR            OFFENSE:  22.01 (Assault)

STYLE:  Benedict Chinonso Emesowum v.
        The State of Texas            COUNTY:  Harris

COA DISPOSITION:     AFFIRM            TRIAL COURT:  Co Crim Ct at Law No 10

DATE: 07/28/2015            Publish: NO  TC CASE #:     1849562

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Benedict Chinonso Emesowum v.
        The State of Texas            CCA #:     1098-15

_____PRO SE_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:     _____

_____REFUSED_____            JUDGE:     _____

DATE: 11/04/2015            SIGNED: _____      PC: _____

JUDGE: _____            PUBLISH: _____      DNP: _____

--------------------------

                                    _____ MOTION FOR

                    REHEARING IN CCA IS: _____

                    JUDGE: _____

**ELECTRONIC RECORD**